IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AMBERIA MORTON**                                                                                    **PLAINTIFF**

vs.                                                            CIVIL ACTION No.: 3:22-CV-277-HTW-LGI

**GRENADA COUNTY HEALTH DEPARTMENT**
**and HINDS COUNTY HEALTH DEPARTMENT**                          **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation **[Docket no. 7]** issued by United States Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on September 30, 2022, Magistrate Judge Isaac recommended that the *pro se* plaintiff's Complaint [Docket no. 1] be DISMISSED WITHOUT PREJUDICE. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 7]**, this court finds it well-taken. The Magistrate Judge found that this court does not possess subject matter jurisdiction over this matter because: (1) no diversity of citizenship exists under 28 U.S.C.A. § 1332[1], as both the Plaintiff and named Defendant are Mississippi residents; and (2) the Complaint presents no federal question under 28 U.S.C.A. § 1331[2].

---

[1] 28 U.S.C. § 1332 states:
    (a)    The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between—
        (1)    Citizens of different States; …

[2] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
28 U.S.C.A. § 1331 (West).

1

This court is in lockstep with the Magistrate Judge's finding; therefore, this court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE.** The parties are to bear their own costs.

**SO ORDERED this the 4th day of April, 2023.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**
